UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

JUDY VILLANO
DARREN VILLANO

    Plaintiffs,

V.                                                 CIVIL ACTION NO

LOCKHART, MORRISS & MONTGOMERY, INC.

Defendant.                                    JANUARY 14, 2007

## COMPLAINT

1. Plaintiffs seeks relief pursuant to the Fair Debt Collection Practices Act ("FDCPA"), 15 U.S.C. § 1692; Md. Ann. Code Commercial Law Maryland Consumer Debt Collection Act. § 14-204 et seq. ("MCDCA"); and the Md. Ann. Code Commercial Law Consumer Practices Act § 13-301 et seq.

2. The Court's jurisdiction is conferred by 15 U.S.C.1692k and 28 U.S.C. 1331 and 1367.

3. Plaintiffs are natural persons who reside in Pasadena, MD.

4. Plaintiffs are consumers within the FDCPA.

5. Defendant is a debt collector within the FDCPA.

6. Defendant is not a licensed collection agency in the State of Maryland in violation of the Maryland Consumer Debt Collection Act.

7. Defendant communicated with plaintiffs or others on or after one year before the date of this action, in connection with collection efforts with regard to plaintiff's disputed personal debt to Cogent Financial Group/Medicredit.

8. The defendant failed to provide the plaintiffs notice within five days of the initial communication of their rights pursuant to 15 U.S.C. 1692g.

9. The defendant gave the false representation or implication that the individual is an attorney or that any communication is from an attorney.

10. The defendant called the plaintiffs and caused the telephone to ring and engaged the plaintiffs in telephone conversation repeatedly or continuously with intent to annoy, abuse, or harass them at the called number.

11. The defendant threatened the plaintiffs that he was filing Court paper work which amounted to The threat to take any action that cannot legally be taken or that is not intended to be taken in violation of 1692e(5).

12. The defendant threatened to garnish the wages of the plaintiffs, without first having obtained judgment on this alleged debt.

13. In the collection efforts, the defendant violated the FDCPA, inter alia, section 1692d, e, –f and –g.

SECOND COUNT

14. The allegations of the First Count are repeated and realleged as if fully set forth herein.

15 . Within three years prior to the date of this action Defendant has engaged in acts and practices as to plaintiff in violation of the Md. Ann. Code <u>Commercial Law</u> Maryland Consumer Debt Collection Act § 14-204 et seq. ("MCDCA").

16. Defendant has committed unfair or deceptive acts or practices within the meaning of the Md. Ann. Code <u>Commercial Law</u> Consumer Practices Act § 13-301 et seq.

WHEREFORE plaintiff respectfully requests this Court to:

1. Award plaintiff such damages as are permitted by law both compensatory and punitive, including $1,000 statutory damages for each communication against the defendant;

2. Award the plaintiff costs of suit and a reasonable attorney's fee;

3. Award declaratory and injunctive relief, and such other and further relief as law or equity may provide

` THE PLAINTIFF

BY_____
  Bernard T. Kennedy
  207 Miles River Court
  Odenton, MD 21113
  Ph  (410) 305-4000
  Fax (410) 305-4005
  Fed. Bar # Md26843
  bernardtkennedy@yahoo