UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

JUDY VILLANO
DARREN VILLANO

    Plaintiffs,

V.                                    CIVIL ACTION NO
                                        08CV124(JFM)

LOCKHART, MORRISS & MONTGOMERY, INC.

Defendant.                              FEBRUARY 9, 2008

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Rule 41 of the Fed. R. Civ. P. the plaintiffs through their attorney Bernard T. Kennedy, withdraw the above captioned case with prejudice, without costs. The defendant has not appeared in this matter.

                                                THE PLAINTIFF

                                             BY/S/Bernard T. Kennedy
                                               Bernard T. Kennedy, Esquire
                                               207 Miles River Court
                                               Odenton, MD 21113
                                               Ph  (410) 305-4000
                                               Fax (410) 305-4005
                                               Fed. Bar # Md26843
                                               bernardtkennedy@yahoo

UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

JUDY VILLANO
DARREN VILLANO

       Plaintiffs,

V.                                            CIVIL ACTION NO
                                                  08CV124(JFM)

LOCKHART, MORRISS & MONTGOMERY, INC.

Defendant.                                    FEBRUARY 9, 2008

## *CERTIFICATION*

I hereby certify that on 2/9/08 a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

BY/S/Bernard T. Kennedy